UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAMELA WEAVER,

Plaintiff,

-vs-

Case No. 6:06-cv-814-Orl-18JGG

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| MOTION: | MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT (Doc. No. 5) |
|---|---|
| FILED: | October 10, 2006 |
| THEREON it is RECOMMENDED that the motion be GRANTED. | |

I. BACKGROUND

Plaintiff, Pamela Weaver, previously appealed to the district court the Commissioner of Social Security's denial of her application for Disability Insurance Benefits, which the district court remanded to the Commissioner for further review. Docket 5 at 2; Docket 9 at 2. Following the court's remand, an Administrative Law Judge (ALJ) issued an unfavorable decision on February 9, 2006. Docket 5-2 at 4. The ALJ's Notice of Decision informed Weaver that she may appeal to the